IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OREGONIANS FOR FLOODPLAIN
PROTECTION,

    Plaintiff,

          v.                      Civil Case No. 1:25-cv-00039

U.S. DEPARTMENT OF COMMERCE,
et al.,

    Defendants.

## FEDERAL DEFENDANTS' RESPONSE TO MINUTE ORDER

Federal Defendants state as follows in response to the Court's Minute Order filed January 29, 2025:  After conferring further among the parties, Federal Defendants no longer intend to move to transfer the above-captioned matter.

Dated:  January 31, 2025

Respectfully submitted,

                                            LISA L. RUSSELL
                                            Deputy Assistant Attorney General
                                            Environment and Natural Resources Division
                                            United States Department of Justice

                                            */s/ Mark Arthur Brown*
                                            MARK ARTHUR BROWN, Senior Trial Attorney
                                            D.C. Bar No. 470050
                                            Wildlife and Marine Resources Section
                                            4 Constitution Square
                                            150 M Street, N.E.
                                            Washington, D.C. 20002
                                            Phone: (202) 305-0204
                                            mark.brown@usdoj.gov

                                            */s/ Krystal-Rose Perez*
                                            KRYSTAL-ROSE PEREZ, Trial Attorney
                                            TX Bar No. 24105931

1

Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0486
krystal-rose.perez@usdoj.gov

*/s/ Lawrence K. Pittman*
LAWRENCE K. PITTMAN, Trial Attorney
GA Bar. No. 568134
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202)-305-0420
Fax: (202) 305-0275
Lawrence.pittman@usdoj.gov

Counsel for Defendants