IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGONIANS FOR FLOODPLAIN PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE U.S. DEPARTMENT OF COMMERCE, et al., <br><br> Defendants, <br><br> NORTHWEST ENVIRONMENTAL DEFENSE CENTER, et al., <br><br> Defendant-Intervenors. | Case No. 1:25-cv-39-JMC |

**PROPOSED BRIEFING SCHEDULE FOR DEFENDANT-INTERVENORS' MOTION TO TRANSFER**

In response to this Court's February 10, 2025, Minute Order granting Defendant-Intervenors' Motion to Intervene as Defendants, and this Court's order to file a proposed briefing schedule for Defendant-Intervenors' motion to transfer, parties' counsel met and conferred on February 13, 2025 in an attempt to reach an agreement regarding a proposed schedule. Despite good faith efforts, the parties were unable to do so and therefore submit their respective proposed briefing schedules below.

**Defendant-Intervenors**

Defendant-Intervenors propose the following expeditious briefing schedule so that, if this Court determines it appropriate, it may resolve their motion to transfer prior to resolving Plaintiffs' pending Motion for Preliminary Injunction, ECF 4. An expeditious ruling on the motion to transfer prior to a ruling on Plaintiffs' Motion for Preliminary Injunction is warranted

PROPOSED BRIEFING SCHEDULE FOR DEFENDANT-INTERVENORS' MOTION TO TRANSFER VENUE                1

because, if Defendant-Intervenors' Motion to Transfer is granted, prompt transference of this case to the District Court of Oregon, where Defendant-Intervenors' previously filed suit is pending in front of Judge Simon of the District of Oregon, may avoid potentially conflicting court judgments. Defendant-Intervenors' thus respectfully request that the Court adopt the following briefing schedule:

a. Defendant-Intervenors shall file their motion to transfer by February 21, 2025.

b. Plaintiffs and Federal Defendants shall file any responses to Defendant-Intervenors' motion for transfer by February 28, 2025.

c. Defendant-Intervenors shall file their reply in support of their motion to transfer by March 3, 2025.

**Plaintiffs**

As explained in the Motion for Preliminary Injunction ("PI Motion"), ECF 4, Plaintiffs and their members are currently being irreparably harmed by FEMA's unlawful requirement that they implement FEMA's Pre-Implementation Compliance Measures ("PICMs") effective December 1, 2024, and collect data documenting their implementation of FEMA's PICMs beginning January 31, 2025. Plaintiff Oregonians for Floodplain Protection filed its PI Motion on January 7, 2025, ECF 4, briefing on the PI Motion concluded on January 28, 2025, ECF 18, and a decision from the Court is pending. A delay in resolution of Plaintiffs' PI Motion, to consider Defendant-Intervenors' yet to be filed Motion to Transfer, unjustly prejudices Plaintiffs and their members by further perpetuating the irreparable harm demonstrated in the PI Motion.

To provide this Court adequate time to consider and rule on Plaintiffs' pending PI Motion before considering any Motion to Transfer, Plaintiffs propose the following briefing schedule:

    a. Defendant-Intervenors shall file their Motion to Transfer within 14 days after the Court's decision on Plaintiffs' PI Motion.

    b. Plaintiffs and Defendants shall file their response within 14 days of Defendant-Intervenors' filing of the Motion to Transfer.

    c. Defendant-Intervenors shall file their reply within seven days of Plaintiffs' and Defendants' filing their response briefing on the Motion to Transfer.

**Federal Defendants**

Defendant-Intervenor's proposed schedule unduly prejudices Federal Defendants by unnecessarily truncating the 14-day motion response period pursuant to LCvR 7. Due to intervening deadlines and the need for coordination among the Federal Defendants, Federal Defendants request the full, 14-day period to respond to Defendant-Intervenors' proposed motion to transfer. In addition, Federal Defendants note that the pending Motion for Preliminary Injunction has been fully briefed by Plaintiffs and Federal Defendants and is ripe for decision. Therefore, Federal Defendants respectfully suggest that a decision on the pending Motion for Preliminary Injunction need not be deferred pending briefing on the proposed motion to transfer. Therefore, although Federal Defendants disagree with Plaintiffs' allegations regarding irreparable harm, Federal Defendants concur with the Plaintiffs' proposed schedule above.

Respectfully submitted this 14th day of February 2025,

                                                               */s/ Ryan Adair Shannon*
                                                               Ryan Adair Shannon
                                                               (D.C. Bar No. OR 0007)
                                                               CENTER FOR BIOLOGICAL DIVERSITY
                                                               P.O. Box 11374
                                                               Portland, OR 97211
                                                               T: 503.283.5475 ext. 407

F: 503.283.5528
E: rshannon@biologicaldiversity.org

*/s/ Chelsea Stewart-Fusek*
CHELSEA STEWART-FUSEK
(D.C. Bar No. OR0029)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6425
Email: cstewartfusek@biologicaldiversity.org

*Counsel for Northwest Environmental Defense Center, Center for Biological Diversity, The Conservation Angler, and Willamette Riverkeeper*

VAN NESS FELDMAN, LLP

/s/ *Molly Lawrence*
Molly Lawrence, WA Bar No. 28236
　　　　　D.D.C. Bar No. WA0003
Sophia E. Amberson, WA Bar No. 52528
　　　　　*Pro Hac Vice*
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Tel.: 206.623.9372
Email: mol@vnf.com
　　　samberson@vnf.com

Tyson C. Kade, DC Bar No. 1018014
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Tel.: 202.298.1800
Email: tck@vnf.com

*Attorneys for Plaintiffs*

LISA L. RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/ Mark Arthur Brown*

PROPOSED BRIEFING SCHEDULE FOR DEFENDANT-INTERVENORS' MOTION TO TRANSFER VENUE　　　　4

MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0204
Fax: 202-305-0275
E-mail: mark.brown@usdoj.gov

*Attorneys for Federal Defendants*